**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No. 8:11-cr-553-T-33AEP

THOMAS VIRGIL BURTON
_____

**Order Reducing Defendant's Prison Term Under 18 U.S.C. § 3582(c)(2)**
**Based on USSG Amend. 782**

This matter comes before the Court sua sponte. The United States Probation Office filed its Amendment 782 Memorandum on October 14, 2016. (Doc. # 619). The October 14, 2016, Amendment 782 Memorandum indicates that Defendant is eligible for a sentence reduction. (Id.). Specifically, the Amendment 782 Memorandum indicates that Defendant is eligible for a two-level reduction that results in an offense level of 32, criminal history category of V, with a guideline range of 188 to 235 months. (Id.). In addition, the Memorandum indicates that the Court previously granted a four-level reduction for substantial assistance pursuant to USSG § 5k1.1. As such, Defendant's total sentence, after accounting for the reduction pursuant to Amendment 782 and considering the prior reduction for substantial assistance, would be reduced from 151 months' imprisonment to 120 months' imprisonment.

Furthermore, the Court notes that neither Defendant, nor the Government oppose reducing the Defendant's sentence to 120 months'

imprisonment. (Doc. # 627). The Court agrees that Defendant is eligible for a reduction and, pursuant to its discretionary authority under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, grants a sentence reduction consistent with the October 14, 2016, Amendment 782 Memorandum. Having reviewed the facts in both the original presentence investigation report and the October 14, 2016, Memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a), and the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment (n.1(B)(ii)), the Court finds that a reduction of 31 months is warranted.

Thus:

(1) The Court reduces Defendant's prison term from 151 months' imprisonment to 120 months' imprisonment, or time served, whichever is greater.

(2) Except as otherwise provided, all provisions of the Judgment dated October 22, 2012, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of February, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE